# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>KYLE EVANS<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     20-2516-MBB<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **on or about August 4, 2020** in the county of **Middlesex** in the _____ District of **Massachusetts**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. section 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

See attached affidavit of ATF Special Agent Ryan Griffin.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF, Special Agent Ryan P. Griffin
*Printed name and title*

Telephonically sworn to before me.

Date: **10/06/2020**

_____
HON. MARIANNE B. BOWLER
United States Magistrate Judge

City and state: **Brookline, MA**