**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** ATF |
| **City** Everett | **Related Case Information:** | |
| **County** Middlesex | Superseding Ind./ Inf. _____ Case No. _____ <br> Same Defendant _____ New Defendant _____ <br> Magistrate Judge Case Number 20-2516-MBB <br> Search Warrant Case Number _____ <br> R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: Kyle Evans   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State)

Birth date (Yr only): 1986   SSN (last4#): 8452   Sex: M   Race: W   Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Suzanne Sullivan Jacobus   Bar Number if applicable: 565071

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** 08/04/2020

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Middlesex HOC- Billerica   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/06/2020   Signature of AUSA: /S/ Suzanne Sullivan Jacobus

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Kyle Evans

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. s.922(g)(1) | Felon in Possession of Ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____